[No. 42402-9-II.   Division Two.   February 26, 2013.]

*In the Matter of the Estate of* BRYAN W. JOHNSON.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-4-00149-4, George L. Wood, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 42451-7-II.   Division Two.   February 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM N. SCHENCK III, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00414-9, Michael H. Evans, J., entered March 25, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 42511-4-II.   Division Two.   February 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTHA GARCIA VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00644-5, Paula Casey, J., entered July 28, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 42757-5-II.   Division Two.   February 26, 2013.]

BOBBI WOODWARD, *as Personal Representative, Appellant*, v. HECTOR LOPEZ ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-2-00529-3, Leila Mills, J., entered September 23, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J. Now published at 174 Wn. App. 460.